# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARKQUES THOMAS,  
    Petitioner,

vs.

WARDEN, LONDON CORRECTIONAL INSTITUTION,  
    Respondent.

Case No. 1:13-cv-919

Barrett, J.  
Litkovitz, M.J.

**ORDER**

This pro se habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on respondent's motion to strike petitioner's objection to respondent's motion to dismiss. (Doc. 14). In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's habeas corpus petition (Doc. 1) be dismissed with prejudice.

Respondent's motion (Doc. 14) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 8/18/14

Karen L. Litkovitz  
United States Magistrate Judge